IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**PETTIX MCMILLAN,**

        **Plaintiff,**

   v.                CASE NO. 22-3278-JWL-JPO

**BYRON ALEXANDER, ET AL.,**

        **Defendants.**

## MEMORANDUM AND ORDER

  This matter is a pro se civil rights action filed under 42 U.S.C. § 1983 by Plaintiff Royal Domingo Flagg, a prisoner in state custody at the Lansing Correctional Facility in Lansing, Kansas. On October 25, 2022, the Court granted Plaintiff's motion to proceed in forma pauperis and assessed an initial partial filing fee of $17.50, calculated under 28 U.S.C. § 1915(b)(1). (Doc. 3.) Plaintiff was granted to and including November 9, 2022 to submit the fee and or risk dismissal of this matter. *Id.* Plaintiff has filed a request for additional time to submit the initial partial filing fee. (Doc. 5.)

  **IT IS THEREFORE ORDERED** that the motion (Doc. 5) is **granted.** Plaintiff is granted to and including **December 9, 2022**, to submit the initial partial filing fee.

  **IT IS SO ORDERED.**

  DATED: This 7th day of November, 2022, at Kansas City, Kansas.

              S/ James P. O'Hara

              JAMES P. O'HARA
              United States Magistrate Judge